```
                         UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
                                SAN JOSE DIVISION
```

| | |
|---|---|
| In the Matter of the Tax Liabilities of: | )  No. CV 14-80134 LHK<br>)<br>) [~~PROPOSED~~] ORDER TO SHOW CAUSE:<br>) JUDICIAL APPROVAL OF LEVY UPON<br>) PRINCIPAL RESIDENCE (AS MODIFIED)<br>)<br>) Date: September 9, 2014<br>) Time: 10:00 a.m.<br>) |
| HONG V. PHAN and KHANH DIEU T. HOANG | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

    ORDERED that respondents Hong V. Phan and Khanh dieu T. Hoang appear before this Court on the ~~11~~ 9th day of September, 2014 at ~~1:30 p.m.~~ 5 in Courtroom No. , 4th Floor, United States District Court, 280 S. First Street, San Jose, California, and then and there show cause, if any, why the IRS should not be granted approval to levy upon respondents' principal residence and provide documents and testimony, if any, which demonstrates that (26 C.F.R. § 301.6334-1(d)(2)):

    A. The underlying liability has been satisfied;

    B. Respondents have other assets from which the liability can be satisfied; or

    C. The Internal Revenue Service did not follow the applicable laws or procedures pertaining to the levy; and it is further

//

1  ORDERED that a copy of this Order to Show Cause, together with a copy of the aforementioned
2  petition and supporting declarations, be served upon said respondents in accordance with Rule 4 of the
3  Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above
4  specified; and it is further
5  ORDERED that within twenty-one (21) days before the return date of this Order, respondents
6  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
7  declarations(s) in conformance with 28 U.S.C. § 1746, that the petitioner may file and serve a written
8  reply to such response, if any, within fourteen (14) days before the return date of this Order, and only
9  those issues raised by the pleadings will be considered on the return date of this Order, and only those
10 issues raised by motion or brought into controversy by the responsive pleadings and supported by
11 affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested
12 allegation in the petition will be considered admitted.
13 ORDERED this 43uv'day of Cwi wuv, 2014, at San Jose, California.

_____
UNITED STATES MAGISTRATE JUDGE