UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of the Tax Liabilities of<br><br>HONG V. PHAN and KHANHDIEU T. HOANG | )  No. 14-80134-LHK-PSG<br>)<br>)<br>)  [proposed] ORDER<br>)<br>)<br>)<br>) |

Presently before the Court is Magistrate Judge Grewal's Report and Recommendation that the Petition for Judicial Approval of Levy on a Principal Residence be Granted. (hereafter, "Recommendation," Docket No. 8.)

Pursuant to Federal Rule of Civil Procedure 72(b), any objection to a Magistrate Judge's recommendation must be made within fourteen days. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). No objection has been filed to date. The Court has reviewed the record of the proceedings before Judge Grewal and finds that Judge Grewal's Recommendation should be adopted. *See* Civ. L.R. 72-3(c). Accordingly, the Court ADOPTS Judge Grewal's Recommendation and GRANTS the Petition.

IT IS ORDERED THAT the United States' Petition for Judicial Approval of the Internal Revenue Service Levy upon the Principal Residence of Respondents, Hong V. Phan and Khanhdieu T. Hoang, located at 685 Princess Place, Milpitas, CA 95035 is APPROVED.

REPORT & RECOMMENDATION
14-80134 LHK-PSG

IT IS FURTHER ORDERED THAT a levy upon Hong V. Phan's and Khanhdieu T. Hoang's interests in the real property located at 685 Princess Place, Milpitas, CA to satisfy all or part of the unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 1999, 2000, and 2002 as set forth in paragraph five (5) of the Government's Petition, which may be executed by any authorized officer of the Internal Revenue Service, is APPROVED.

Petitioner is DIRECTED to promptly serve a copy of this ORDER on Respondents' counsel and to file a proof of service with the court.

DATED: December 18, 2014

_____
THE HONORABLE LUCY H. KOH
United States District Judge

REPORT & RECOMMENDATION
14-80134 LHK-PSG